**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Erich Mandel
                                Plaintiff,

v.                                                   Case No.: 1:18−cv−08385
                                                        Honorable John Robert Blakey

SEIU Local 73, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 19, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 3/19/2019. Parties shall meet and confer and then file a joint set of stipulated facts on or before 4/16/2019. Status hearing set for 5/14/2019 at 9:45 a.m. in Courtroom 1203. Parties shall be prepared to set additional case management dates at the next hearing. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.