# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Erich Mandel

                    Plaintiff,

v.                                             Case No.: 1:18−cv−08385
                                                                   Honorable Martha M. Pacold

SEIU Local 73, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 30, 2019:

      MINUTE entry before the Honorable Martha M. Pacold: The parties are directed to file a joint status report by 11/5/2019. The Court will hold a status hearing in open court on 11/15/2019 at 9:30 a.m.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.