UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Erich Mandel
                           Plaintiff,

v.                                                       Case No.: 1:18−cv−08385
                                                            Honorable Martha M. Pacold

SEIU Local 73, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2019:

    MINUTE entry before the Honorable Martha M. Pacold:The status hearing set for 11/15/2019 is stricken and reset to 11/13/2019 at 10:15 a.m. The Court will allow out of state counsel to appear by telephone. Toll−Free Call−in Number: (888)684−8852; Conference Access Code: 9482028 followed by the pound (#) sign.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.