# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ERICH MANDEL, ) | |
| ) | |
| Plaintiff, ) | No. 1:18-cv-08385 |
| ) | Honorable Martha M. Pacold |
| v. ) | |
| ) | |
| SEIU LOCAL 73 and COMMUNITY ) | |
| CONSOLIDATED SCHOOL DISTRICT ) | |
| 15, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Cross-Plaintiff Community Consolidated School District 15 and Cross-Defendant SEIU Local 73 (collectively the "Parties") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that pursuant to the Parties' Settlement Agreement, Cross-Plaintiff Community Consolidated School District's cross claims in this action are dismissed with prejudice. All of plaintiff's claims have already been dismissed by the Court (ECF Nos. 73, 74), and therefore, with this Stipulation, there are no remaining claims awaiting resolution by the Court. Except as may be otherwise agreed pursuant to the Parties' Settlement Agreement, the Parties agree that they will bear their own fees, costs, and expenses.

Dated: February 15, 2021

Respectfully Submitted,

By: /s/ Jason T. Manning

Jason T. Manning (#6290126)
Hodges, Lozzi, Eisenhammer, Rodick & Kohn LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, Illinois 60005
Telephone (847) 670-9000
Facsimile (847) 670-7334
jmanning@hlerk.com

*Attorney for Defendant, Cross-Plaintiff Board of Education for Community Consolidated School District No. 15*

By: /s/ George A. Luscombe, III

Robert E. Bloch (SBN 6187400)
George A. Luscombe, III (SBN 6290097)
Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich
8 S. Michigan Avenue, 19th Floor
Chicago, Illinois 60603
Telephone: (312) 372-1361
Facsimile: (312) 372-6599
E-mail: rebloch@laboradvocates.com
  gluscombe@laboradvocates.com

  Scott A. Kronland (pro hac vice)
  Eileen B. Goldsmith (pro hac vice)
  Altshuler Berzon LLP
  177 Post Street, Suite 300
  San Francisco, California 94108
  Telephone (415) 421-7151
  Facsimile (415) 362-8064
  skronland@altshulerberzon.com
  egoldsmith@altshulerberzon.com

*Attorneys for Defendant, Cross-Defendant SEIU Local 73*