UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Erich Mandel

                        Plaintiff,

v.                                          Case No.: 1:18−cv−08385
                                                  Honorable Martha M. Pacold

SEIU Local 73, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 16, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Cross Plaintiff Community Consolidated School District 15's cross claims are hereby dismissed with prejudice pursuant to the Stipulation of Dismissal [96] filed by the parties on 2/15/2021. Plaintiff's claims have already been dismissed by the Court [73],[74]. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.